UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUVARNA CHINTALA,<br><br>    Plaintiff,<br><br>v.<br><br>CST BRANDS, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-06596-JSC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 53 |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUVARNA CHINTALA,

    Plaintiff,

v.

CST BRANDS, LLC, et al.,

    Defendants.

Case No. 17-cv-06596-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Suvarna Chintala**
c/o Suneetha K.
3933 Pacheco Blvd
Martinez, CA 94553

Dated: August 13, 2018

    Susan Y. Soong
    Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY